IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES L. TATE, JR.,

    Plaintiff,

v.                                    CASE NO. 4:15cv552-RH/GRJ

JULIE JONES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3, and the objections, ECF Nos. 4, 5, 6, and 7. I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not adequately alleged that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed *in forma pauperis*.

Two sets of objections, ECF Nos. 5 and 6, are entitled, at least in part, as notices of appeal. When the objections were filed, no appealable order had been

entered.  I treat the objections as objections, not as notices of appeal.  And even if these were treated as notices of appeal, this court would still have jurisdiction to enter judgment: "[A] notice of appeal filed with respect to a non-appealable order does not have any effect on the district court's jurisdiction."  *United States v. Riolo*, 398 F. App'x 568, 571 (11th Cir. 2010) (citing *United States v. Hitchmon*, 602 F.2d 689, 694 (5th Cir. 1979) (en banc)).

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on July 30, 2016.

                                                s/Robert L. Hinkle
                                                United States District Judge